In re: Paul NAGY, Petitioner.

No. 04–7940.

United States Court of Appeals, Fourth Circuit.

Submitted: March 11, 2005.

Decided: March 24, 2005.

Paul Nagy, Petitioner pro sè.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy has filed a petition for writ of mandamus seeking to have this court direct the district court to rule in an action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). On December 9, 2004, the district court entered its order dismissing the *Bivens* action. Accordingly, we deny

the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*